UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

AUG 19 2025

U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:25cr50 |
| CHARLIE BRET PARKER and JAMIE DOONIS, | Violations: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(u)<br>18 U.S.C. § 924(a)(8)<br>18 U.S.C. § 924(i) |
| Defendant. | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Felon in Possession Firearm)

On or about May 19, 2025, in Mineral County, in the Northern District of West Virginia, the defendant, **CHARLIE BRET PARKER**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is, the offense of CDS Manufacture Marijuana, in the Circuit Court of Allegany County, Maryland, case number 01-K-00-008007, on February 6, 2001; Grand Larceny, in the Circuit Court of Hampshire County, West Virginia, case number 06-F-07, on July 12, 2006; Two counts of Theft $1,000-$10,000, in the Circuit Court for Allegany County, Maryland, case number 01-K-15-16367, on May 26, 2015, knowingly possessed a firearm in and affecting interstate commerce, that is, a Sig Sauer, P365 X, 9mm pistol, serial number 66G397684; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

(Felon in Possession Firearm)

On or about May 19, 2025, in Mineral County, in the Northern District of West Virginia, the defendant, **JAMIE DOONIS**, knowing she had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is, the offense of Second Degree Assault, in the Circuit Court of Allegany County, Maryland, case number 1W00062700, on November 8, 2012; Neglect of a Minor, in the Circuit Court of Allegany County, Maryland, case number C-01-CR-18-000672, on November 13, 2018; Second Degree Assault, in the Circuit Court for Allegany County, Maryland, case number C-01-CR-20-000390, on November 16, 2021, knowingly possessed a firearm in and affecting interstate commerce, that is, a Canik55, TP-9SF, 9mm pistol, serial number 24AT17739; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE

(Theft of Firearms from FFL)

On or about May 19, 2025, in Mineral County, in the Northern District of West Virginia, the defendants, **CHARLIE BRET PARKER and JAMIE DOONIS**, did knowingly and intentionally steal firearms, a Sig Sauer, P365 X, 9mm pistol, serial number 66G397684 and a Canik55, TP-9SF, 9mm pistol, serial number 24AT17739, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), said firearms having been shipped or transported in interstate commerce, in violation of Title 18, United States Code, Sections 2, 922(u), and 924(i).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1), 922(u), 924(a)(8), and 924(i) including, Sig Sauer, P365 X, 9mm pistol, serial number 66G397684.

A True Bill,

/s/
Grand Jury Foreperson

/s/
RANDOLPH J. BERNARD
Acting United States Attorney

Kyle R. Kane
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney